# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CR 11-00575-PSG | Date | June 10, 2016 |
|---|---|---|---|

| Title | United States of America v. Anthony Lewis |
|---|---|

**Present: The Honorable**   Douglas F. McCormick

| Nancy Boehme | CS 06/10/16 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiffs: | Attorney(s) Present for Defendants: |
|---|---|

**Proceedings:**     (In Chambers) Order of Detention after Hearing Held Under 18 U.S.C. § 3148(b)

Defendant appeared after being taken into custody on an arrest warrant issued by United States District Judge Philip S. Gutierrez after the United States Pretrial Services submitted a petition for action on conditions of pretrial release alleging that Defendant had failed to self-surrender as ordered and had absconded from pretrial supervision. The Court conducted a hearing on the alleged violations. Based on the information presented at the hearing, the Court finds that there is clear and convincing evidence that Defendant failed to self-surrender as ordered and absconded from the Court's supervision. The Court finds that Defendant is unlikely to abide by any condition or combination of conditions of release.

Defendant's release is therefore revoked and IT IS THEREFORE ORDERED that Defendant be detained. The bond posted to secure Defendant's release is ordered exonerated.

Defendant further waives any right to an appearance before Judge Gutierrez and consents to his transfer to the Bureau of Prisons ("BOP") to serve the sentence imposed by Judge Gutierrez. Hearing no objection from the government, the Court so orders. The Court also grants Defendant's request for the recommendation of a Southern California placement by the BOP and so recommends a Southern California placement to the extent practicable.

Initials of Clerk     nkb